Philip A. Goldstein, Esq.
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2167
pagoldstein@mcguirewoods.com
*Attorneys for Defendant Portfolio Recovery Associates, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK DIVISION

---------------------------------------------------------------x

| | | |
|---|---|---|
| GRETTA MOLINA, | : | Case No. 2:22-cv-04736-BRM-ESK |
| | : | |
| Plaintiff, | : | **DEFENDANT PORTFOLIO** |
| | : | **RECOVERY ASSOCIATES, LLC'S** |
| v. | : | **LOCAL CIVIL RULE 7.1.1** |
| | : | **DISCLOSURE STATEMENT** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

Pursuant to Local Civil Rule 7.1.1, Defendant Portfolio Recovery Associates, LLC, in the above listed civil action states:

No person or entity that is not a party is providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

1

Dated: New York, New York
August 29, 2022

**McGUIREWOODS LLP**

 /s/ Philip A. Goldstein

Philip A. Goldstein
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Telephone: 212-548-2100
Email: pagoldstein@mcguirewoods.com

*Attorneys for Defendant Portfolio Recovery
Associates, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2022, a true and correct copy of the foregoing

Rule 7.1.1 Disclosure Statement was electronically filed with the Clerk of Court using the

CM/ECF system, which will send notification to all counsel of record.

Dated:     New York, New York
           August 29, 2022

                                    /s/ Philip A. Goldstein
                                   Philip A. Goldstein
                                   MCGUIREWOODS LLP

                                   *Attorneys for Defendant Portfolio Recovery
                                   Associates, LLC*