# McGuireWoods

**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Philip A. Goldstein**
Direct: 212.548.2167
pagoldstein@mcguirewoods.com

November 11, 2022

**Via ECF**

Hon. Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:    *Gretta Molina v. Portfolio Recovery Associates, LLC*
>        **Case No. 2:22 CV 04736 (BRM)(ESK)**

Dear Judge Martinotti,

This firm represents Defendant Portfolio Recovery Associates, LLC ("PRA") in the above-referenced matter. Enclosed please find a Stipulation and Order of Dismissal With Prejudice ("Stipulation") for the Court's review and consideration. If the Stipulation meets with the Court's approval, we ask that the Court endorse the Stipulation and enter it with the Clerk of the Court.

Thank you for your consideration of this matter.

Respectfully Submitted,

*s/Philip A. Goldstein*

Philip A. Goldstein

PAG/slr
Enclosure
cc:    All Counsel of Record (via ECF)

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.